*CHILDREN AND ADULT DISABILITY*

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 005482 | Emma Camara | | S-2 | 01/27/2019 | 02/09/2019 | 02/22/2019 | 6685014 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Holiday | 0.00 | 0.00 | 532.80 | Federal W/T | 113.55 | 529.61 |
| Overtime | 26.00 | 519.48 | 2,517.48 | Fica Medicare | 22.15 | 97.68 |
| Personal | 6.00 | 79.92 | 79.92 | Fica Social Security | 94.71 | 417.67 |
| Regular | 71.00 | 945.72 | 3,676.32 | PA City of Philadelphia W/T | 59.96 | 264.16 |
| | | | | Pennsylvania SUI | 0.93 | 4.08 |
| | | | | Pennsylvania W/T | 46.90 | 206.81 |
| | | | | Cigna Standard Plan 125 | 17.50 | 70.00 |
| | | | | Lincoln | 50.00 | 200.00 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 13.32 | 103.00 | 1,545.12 | 405.70 | 1,139.42 | 6,806.52 | 1,790.01 | 5,016.51 |

dvPayroll and HR Powered By Primepoint

Emma Camara
6025 Walton Av
Philadelphia PA 19143

| EFT Direct Dep. Bank | Acct Num. | Amount |
|---|---|---|
| | | 1,139.42 |
| | Totals : | 1,139.42 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

*CHILDREN AND ADULT DISABILITY*

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 005482 | Emma Camara | | S-2 | 02/10/2019 | 02/23/2019 | 03/08/2019 | 6701497 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Holiday | 8.00 | 106.56 | 639.36 | Federal W/T | 343.51 | 873.12 |
| Holiday Worked | 17.00 | 339.66 | 339.66 | Fica Medicare | 40.67 | 138.35 |
| Overtime | 70.25 | 1,403.60 | 3,921.08 | Fica Social Security | 173.89 | 591.56 |
| Personal | 0.00 | 0.00 | 79.92 | PA City of Philadelphia W/T | 109.53 | 373.69 |
| Regular | 73.00 | 972.36 | 4,648.68 | Pennsylvania SUI | 1.69 | 5.77 |
| | | | | Pennsylvania W/T | 86.10 | 292.91 |
| | | | | Cigna Standard Plan 125 | 17.50 | 87.50 |
| | | | | Lincoln | 50.00 | 250.00 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 13.32 | 168.25 | 2,822.18 | 822.89 | 1,999.29 | 9,628.70 | 2,612.90 | 7,015.80 |

dvPayroll and HR Powered By Primepoint

Emma Camara
6025 Walton Av
Philadelphia PA 19143

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| | | 1,999.29 |
| | Totals : | 1,999.29 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check     *Includes Non-Taxable Reimbursements     **Does Not Contribute To Net

*CHILDREN AND ADULT DISABILITY*

| 005482 EMP. NO. | Emma Camara EMPLOYEE NAME | SOCIAL SECURITY NO. | S-2 STATUS | 02/24/2019 PERIOD BEG. | 03/09/2019 PERIOD END | 03/22/2019 CHECK DATE | 6720287 CHECK NUM |
|---|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMOUNT | YEAR TO DATE |
| Holiday | 0.00 | 0.00 | 639.36 | Federal W/T | | 433.84 | 1,306.96 |
| Holiday Worked | 0.00 | 0.00 | 339.66 | Fica Medicare | | 46.62 | 184.97 |
| Overtime | 27.00 | 539.46 | 4,460.54 | Fica Social Security | | 199.35 | 790.91 |
| Personal | 0.00 | 0.00 | 79.92 | PA City of Philadelphia W/T | | 125.46 | 499.15 |
| Regular | 80.00 | 1,065.60 | 5,714.28 | Pennsylvania SUI | | 1.94 | 7.71 |
| Vacation Payout | 122.20 | 1,627.70 | 1,627.70 | Pennsylvania W/T | | 98.71 | 391.62 |
| | | | | Cigna Standard Plan 125 | | 17.50 | 105.00 |
| | | | | Lincoln | | 50.00 | 300.00 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 13.32 | 229.20 | 3,232.76 | 973.42 | 2,259.34 | 12,861.46 | 3,586.32 | 9,275.14 |

dvPayroll and HR Powered By Primepoint

Emma Camara
6025 Walton Av
Philadelphia PA 19143

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| | | 2,259.34 |
| | Totals : | 2,259.34 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

*CHILDREN AND ADULT DISABILITY*

| 005482 EMP. NO. | Emma Camara EMPLOYEE NAME | SOCIAL SECURITY NO. | S-2 STATUS | 03/10/2019 PERIOD BEG. | 03/23/2019 PERIOD END | 04/05/2019 CHECK DATE | 6736779 CHECK NUM |
|---|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMOUNT | YEAR TO DATE |
| Holiday | 0.00 | 0.00 | 639.36 | Federal W/T | | 108.75 | 1,415.71 |
| Holiday Worked | 0.00 | 0.00 | 339.66 | Fica Medicare | | 21.57 | 206.54 |
| Overtime | 24.00 | 479.52 | 4,940.06 | Fica Social Security | | 92.23 | 883.14 |
| Personal | 0.00 | 0.00 | 79.92 | PA City of Philadelphia W/T | | 58.41 | 557.56 |
| Regular | 77.00 | 1,025.64 | 6,739.92 | Pennsylvania SUI | | 0.90 | 8.61 |
| Vacation Payout | 0.00 | 0.00 | 1,627.70 | Pennsylvania W/T | | 45.67 | 437.29 |
| | | | | Cigna Standard Plan 125 | | 17.50 | 122.50 |
| | | | | Lincoln | | 50.00 | 350.00 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 13.32 | 101.00 | 1,505.16 | 395.03 | 1,110.13 | 14,366.62 | 3,981.35 | 10,385.27 |

dvPayroll and HR Powered By Primepoint

Emma Camara
6025 Walton Av
Philadelphia PA 19143

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| | | 1,110.13 |
| | Totals : | 1,110.13 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

*CHILDREN AND ADULT DISABILITY*

| 005482 EMP. NO. | Emma Camara EMPLOYEE NAME | SOCIAL SECURITY NO. | S-2 STATUS | 03/24/2019 PERIOD BEG. | 04/06/2019 PERIOD END | 04/19/2019 CHECK DATE | 6755088 CHECK NUM |
|---|---|---|---|---|---|---|---|
| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | | CURRENT AMOUNT | YEAR TO DATE |
| Holiday | 0.00 | 0.00 | 639.36 | Federal W/T | | 98.04 | 1,513.75 |
| Holiday Worked | 0.00 | 0.00 | 339.66 | Fica Medicare | | 20.28 | 226.82 |
| Overtime | 14.00 | 279.72 | 5,219.78 | Fica Social Security | | 86.70 | 969.84 |
| Personal | 0.00 | 0.00 | 79.92 | PA City of Philadelphia W/T | | 54.95 | 612.51 |
| Regular | 78.30 | 1,042.96 | 7,782.88 | Pennsylvania SUI | | 0.85 | 9.46 |
| Sick Pay | 7.00 | 93.24 | 93.24 | Pennsylvania W/T | | 42.93 | 480.22 |
| Vacation Payout | 0.00 | 0.00 | 1,627.70 | Cigna Standard Plan 125 | | 17.50 | 140.00 |
| | | | | Lincoln | | 50.00 | 400.00 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 13.32 | 99.30 | 1,415.92 | 371.25 | 1,044.67 | 15,782.54 | 4,352.60 | 11,429.94 |

dvPayroll and HR Powered By Primepoint

Emma Camara
6025 Walton Av
Philadelphia PA 19143

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| | | 1,044.67 |
| | Totals : | 1,044.67 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net