**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | |
| **Emma Shaw-Camara AKA Emma** | **:** | **Case No.: 19-12076** |
| **Shaw, AKA Emma Camara, AKA** | **:** | **Chapter 13** |
| **Emma Stroud** | **:** | **Judge Magdeline D. Coleman** |
| | **:** | **\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*** |
| **Debtor(s).** | **:** | |
| | **:** | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Karina Velter enters her appearance as counsel for Wells Fargo Bank, N.A., d/b/a Wells

Fargo Auto

, its successor and assigns ("Creditor") in the above referenced case. Please send all notices

issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina
Velter.
Contact email is kvelter@manleydeas.com

19-016926_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | **:** | |
| | **:** | |
| **Emma Shaw-Camara AKA Emma** | **:** | **Case No.: 19-12076** |
| **Shaw, AKA Emma Camara, AKA** | **:** | **Chapter 13** |
| **Emma Stroud** | **:** | **Judge Magdeline D. Coleman** |
| | **:** | *** * * * * * * * * * * * * * * * * * * * * * * *** |
| **Debtor(s).** | **:** | |
| | **:** | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice of Appearance and

Request for Notices was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

Zachary Perlick, Attorney for Emma Shaw-Camara AKA Emma Shaw, AKA Emma Camara, AKA Emma Stroud, 1420 Walnut Street, Suite 718, Philadelphia, PA 19102, Perlick@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on May 13, 2019:

Emma Shaw-Camara AKA Emma Shaw, AKA Emma Camara, AKA Emma Stroud, 6025 Walton Avenue, Philadelphia, PA 19143

DATE: _May 13, 2019_

/s/ Karina Velter

Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-016926_PS