# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| **Emma Shaw-Camara AKA Emma Shaw, AKA Emma Camara, AKA Emma Stroud** | : : : : | **Case No.: 19-12076** **Chapter 13** **Judge Magdeline D. Coleman** * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |

## PRAECIPE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN (DOCKET NO. 19)

Now comes Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto ("Creditor") by and through counsel, and hereby withdraws its Objection to Confirmation of Plan which was filed in this Court on May 21, 2019.

Respectfully submitted,

  /s Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-016926_JDD1

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Emma Shaw-Camara AKA Emma** | : | Case No.: 19-12076 |
| **Shaw, AKA Emma Camara, AKA** | : | Chapter 13 |
| **Emma Stroud** | : | Judge Magdeline D. Coleman |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Praecipe of Withdrawal of Objection to Confirmation of Plan was served on the parties listed below via e-mail notification:

United States Trustee, Office of the U.S. Trustee, 833 Chestnut Street, Suite 500, Philadelphia, PA 19107

William C. Miller, Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA 19105

Zachary Perlick, Attorney for Emma Shaw-Camara, 1420 Walnut Street, Suite 718, Philadelphia, PA 19102, Perlick@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on June  13 , 2019:

Emma Shaw-Camara AKA Emma Shaw, AKA Emma Camara, AKA Emma Stroud, 6025 Walton Avenue, Philadelphia, PA 19143

DATE: June 13, 2019

/s Karina Velter
Karina Velter, Esquire (94781)
Adam B. Hall (323867)
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Karina Velter.
Contact email is kvelter@manleydeas.com

19-016926_JDD1