*CHILDREN AND ADULT DISABILITY*

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 005482 | Emma Camara | | S-2 | 06/02/2019 | 06/15/2019 | 06/28/2019 | 6836830 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Holiday | 0.00 | 0.00 | 855.68 | Federal W/T | 104.30 | 2,337.31 |
| Holiday Worked | 0.00 | 0.00 | 987.42 | Fica Medicare | 21.03 | 374.42 |
| Other/Misc | 0.00 | 0.00 | 820.00 | Fica Social Security | 89.93 | 1,601.00 |
| Overtime | 18.00 | 370.44 | 8,325.04 | PA City of Philadelphia W/T | 56.97 | 1,010.30 |
| Personal | 0.00 | 0.00 | 244.56 | Pennsylvania SUI | 0.88 | 15.61 |
| Regular | 80.00 | 1,097.60 | 12,982.80 | Pennsylvania W/T | 44.53 | 792.75 |
| Sick Pay | 0.00 | 0.00 | 189.28 | Cigna Standard Plan 125 | 17.50 | 210.00 |
| Vacation Payout | 0.00 | 0.00 | 1,627.70 | Lincoln | 50.00 | 650.00 |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 13.72 | 98.00 | 1,468.04 | 385.14 | 1,082.90 | 26,032.48 | 6,991.39 | 19,041.09 |

dvPayroll and HR Powered By Primepoint

Emma Camara
6025 Walton Av
Philadelphia PA 19143

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| | = = 0 1 3 9 | 1,082.90 |
| | Totals : | 1,082.90 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net

*CHILDREN AND ADULT DISABILITY*

| EMP. NO. | EMPLOYEE NAME | SOCIAL SECURITY NO. | STATUS | PERIOD BEG. | PERIOD END | CHECK DATE | CHECK NUM |
|---|---|---|---|---|---|---|---|
| 005482 | Emma Camara | | S-2 | 06/16/2019 | 06/29/2019 | 07/12/2019 | 6854209 |

| EARNINGS | HRS/UNITS | CURRENT AMOUNT | YEAR TO DATE | DEDUCTIONS | CURRENT AMOUNT | YEAR TO DATE |
|---|---|---|---|---|---|---|
| Holiday | 0.00 | 0.00 | 855.68 | Federal W/T | 75.48 | 2,412.79 |
| Holiday Worked | 0.00 | 0.00 | 987.42 | Fica Medicare | 17.55 | 391.97 |
| Other/Misc | 0.00 | 0.00 | 820.00 | Fica Social Security | 75.05 | 1,676.05 |
| Overtime | 3.00 | 61.74 | 8,386.78 | PA City of Philadelphia W/T | 47.54 | 1,057.84 |
| Personal | 0.00 | 0.00 | 244.56 | Pennsylvania SUI | 0.74 | 16.35 |
| Regular | 73.00 | 1,001.56 | 13,984.36 | Pennsylvania W/T | 37.16 | 829.91 |
| Sick Pay | 0.00 | 0.00 | 189.28 | Cigna Standard Plan 125 | 17.50 | 227.50 |
| Vacation | 12.00 | 164.64 | 164.64 | Lincoln | 50.00 | 700.00 |
| Vacation Payout | 0.00 | 0.00 | 1,627.70 | | | |

| PAY RATE | CUR. UNITS | CUR. EARNINGS * | CUR. DEDUCTIONS | NET PAY | YTD EARNINGS | YTD DEDUCTIONS | YTD NET PAY |
|---|---|---|---|---|---|---|---|
| 13.72 | 88.00 | 1,227.94 | 321.02 | 906.92 | 27,260.42 | 7,312.41 | 19,948.01 |

dvPayroll and HR Powered By Primepoint

Emma Camara
6025 Walton Av
Philadelphia PA 19143

| EFT Direct Dep. Bank | Acct. Num. | Amount |
|---|---|---|
| | ==0139 | 906.92 |
| | Totals: | 906.92 |

| CHECK AMOUNT |
|---|
| 0.00 |

YTD Values Appear On Employee's Last Check    *Includes Non-Taxable Reimbursements    **Does Not Contribute To Net