# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 19-12076-MDC

EMMA SHAW-CAMARA

6025 WALTON AVENUE

PHILADELPHIA, PA 19143-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

EMMA SHAW-CAMARA

6025 WALTON AVENUE

PHILADELPHIA, PA 19143-

Counsel for debtor(s), by electronic notice only.

ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

                                          /S/ William C. Miller

Date: 1/7/2020                              _____

                                            William C. Miller, Esquire
                                            Chapter 13 Standing Trustee