Recorded in Philadelphia PA   Doc Id: 53012286
01/15/2016 11:04 AM    Page 1 of 2    Rec Fee: $220.00
Records Department    Doc Code: A

Prepared by & Return to:
U.S. Bank National Association
c/o PHFA-Loan Servicing Division
211 North Front Street, P.O. Box 15057
Harrisburg, Pennsylvania 17105-5057
717-780-3800 or 1-800-346-3597

PIN / ID Number:

*Above space is intentionally left blank for recording data.*

## ASSIGNMENT OF MORTGAGE

For value received, **PENNSYLVANIA HOUSING FINANCE AGENCY ("PHFA")**, hereby grant, sell, convey, assign and deliver unto the **U.S. BANK NATIONAL ASSOCIATION**, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982), its successors and assigns, the following described Mortgage, together with the Note secured thereby

Name of Original Mortgagor(s):    EMMA SHAW-CAMARA
Secured by the real property located at: 6025 WALTON AVENUE, PHILADELPHIA, PA 19143
Municipality of: PHILADELPHIA
Original Mortgagee: AAKO, INC. DBA BOULEVARD MORTGAGE COMPANY OF PA
Original Principal Amount: $92,150.00          County Recorded in: PHILADELPHIA
Mortgage Recorded: April 1, 2010             Instrument #: 52194009
Last Assignment to: PA Housing Finance Agency    Instrument #: 52194010

IN WITNESS WHEREOF, the said Pennsylvania Housing Finance Agency, has caused this **Assignment of Mortgage** to be executed by its duly authorized officer. (Series: 106) GUTSHALE

DATED: September 10, 2015          By:    PENNSYLVANIA HOUSING FINANCE AGENCY

*[signature]*
Thomas F. Brzana, Jr.
Director of Loan Servicing Division

COMMONWEALTH OF PENNSYLVANIA    :
COUNTY OF DAUPHIN                :

On this, the 14th day of September, 2015, before me, the undersigned officer, personally appeared Thomas F. Brzana, Jr., Director of Loan Servicing Division. , an authorized officer of the Pennsylvania Housing Finance Agency, and acknowledged that he, being authorized to do so, executed the foregoing instrument for the purposes therein contained.
In witness whereof, I have hereunto set my hand and official seal.

*[signature]*
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Kimberley A. Ayala, Notary Public
City of Harrisburg, Dauphin County
My Commission Expires Jan. 15, 2019
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES

### CERTIFICATE OF RESIDENCE OF ASSIGNEE

I certify that the principal business and mailing address for this assignment and assignee is:
U.S. Bank National Association, c/o PHFA-Loan Servicing Division
211 North Front Street, P.O. Box 15057, Harrisburg, Pennsylvania 17105-5057

*[signature]*
Authorized Officer

ALL THAT CERTAIN lot or piece of ground with the messuage or tenement thereon erected.

SITUATE on the North side of Walton Avenue (formerly Fitzwater Street as laid out 50 feet wide).

BEGINNING at a point in the North line of said Walton Avenue (formerly Fitzwater Street) at the distance of 195 feet 6 inches Westward from the West side of 60th Street in the 3rd Ward of the City of Philadelphia;

THENCE extending Northward and at right angles to said Walton Avenue (formerly Fitzwater Street) 92 feet 6 inches to a point in the North line of a certain 3 feet wide alley running Eastward and Westward; THENCE Westward and parallel with Walton Avenue (formerly Fitzwater Street) along said North line of said alley 12 feet 6 inches to a point in the intersection of said North line of said alley with the East line of another 3 feet wide alley which leads into Cedar Avenue; THENCE Southward and at right angles to said Walton Avenue (formerly Fitzwater Street) and crossing bed of the first mentioned alley a distance of 3 feet to a point in the South line of said alley; THENCE Westward and parallel with Walton Avenue (formerly Fitzwater Street) and partly along the head of the last mentioned alley a distance of 6 feet 6 inches; THENCE Southward at right angles to Walton Avenue (formerly Fitzwater Street) at a distance of 89 feet 6 inches to a point in the North line of Walton Avenue (formerly Fitzwater Street); THENCE extending Eastward along the North line of Walton Avenue (formerly Fitzwater Street) 19 feet to place of BEGINNING.

TOGETHER WITH the free and common use right, liberty and privilege of the said 3 feet wide alleys as and for passageways and watercourses at all times hereafter forever in common with the owners, tenants and occupiers of the other lots of ground bounding thereon.

BEING No. 6025 Walton Avenue.

BRT NO ███

BEING the same premises which Alphonso Jackson, Secretary of Housing and Urban Development, of Washington, D.C., by Carole Armstrong, by Deed dated 11-02-07 and recorded 01-03-08 in the Office of the Recorder of Deeds in and for the County of Philadelphia as Document Number 51834046, granted and conveyed unto John A. Reese, III.