### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:        EMMA SHAW-CAMARA        :        CHAPTER 13
                                                              :
                                                              :
              DEBTOR                                :        BANKRUPTCY No. 19-12076

### CERTIFICATION OF NO-OBJECTION OR RESPONSE

I, Zachary Perlick, Esquire, hereby certify that I have not received a responsive pleading nor any objection to Debtor's Motion to Amend Plan Post-Confirmation and I respectfully request that the court enter the Order accompanying said Motion.

BY:    /Zachary Perlick/
       Zachary Perlick, Esquire
       1420 Walnut Street, Suite 718
       Philadelphia, PA  19102
       (215) 569-2922