# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-12076-MDC

EMMA SHAW-CAMARA

6025 WALTON AVENUE

PHILADELPHIA, PA 19143-

    Debtor

## CERTIFICATE OF SERVICE

    **AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    EMMA SHAW-CAMARA

    6025 WALTON AVENUE

    PHILADELPHIA, PA 19143-

Counsel for debtor(s), by electronic notice only.

    ZACHARY PERLICK, ESQ.
    1420 WALNUT ST
    SUITE 718
    PHILADELPHIA, PA 19102-

Date: 2/11/2021

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee