**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Emma Shaw-Camara AKA Emma** | : | Case No.: 19-12076 |
| **Shaw, AKA Emma Camara, AKA** | : | Chapter 13 |
| **Emma Stroud** | : | Judge Magdeline D. Coleman |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |
| | : | |

**WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR**

Now comes **Sarah E. Barngrover**, who shall be substituted for **Karina Velter** as counsel of record for creditor **Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto** ("Creditor"). **Karina Velter** is no longer counsel for Creditor.

/s/ Karina Velter
Karina Velter (94781)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181

/s/ Sarah E. Barngrover
Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
614-220-5611; Fax: 614-627-8181
sebarngrover@manleydeas.com

19-016926_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-12076** |
| **Emma Shaw-Camara AKA Emma** : | **Chapter 13** |
| **Shaw, AKA Emma Camara, AKA** : | **Judge Magdeline D. Coleman** |
| **Emma Stroud** : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| : | |
| **Debtor(s)** : | |
| : | |
| **Wells Fargo Bank, N.A., d/b/a Wells** : | |
| **Fargo Auto** : | |
| : | |
| **Movant,** : | |
| vs : | |
| : | |
| **Emma Shaw-Camara AKA Emma** : | |
| **Shaw, AKA Emma Camara, AKA** : | |
| **Emma Stroud** | |
| | |
| **William C. Miller, Esq.** | |
| **Respondents.** | |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Withdrawal and Entry of

Appearance of Counsel for Creditor was served on the parties listed below via e-mail

notification:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105, ecfemails@ph13trustee.com

Zachary Perlick, Attorney for Emma Shaw-Camara AKA Emma Shaw, AKA Emma Camara, AKA Emma Stroud, 1420 Walnut Street, Suite 718, Philadelphia, PA  19102, Perlick@verizon.net

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 6, 2021:

Emma Shaw-Camara AKA Emma Shaw, AKA Emma Camara, AKA Emma Stroud, 6025 Walton Avenue, Philadelphia, PA  19143

19-016926_PS

DATE: March 6, 2021

/s/ Sarah E. Barngrover
Sarah E. Barngrover, Esquire (323972)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Sarah E. Barngrover.
Contact email is sebarngrover@manleydeas.com

19-016926_PS