United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-12076-mdc |
| Emma Shaw-Camara | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Mar 11, 2021 | Form ID: pdf900 | Total Noticed: 34 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 13, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Emma Shaw-Camara, 6025 Walton Avenue, Philadelphia, PA 19143-2307 |
| 14299718 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14315523 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14299720 | | Capital One, N.A, c/o Becket & Lee, LLP, POB 3001, Malvern, PA 19355-0701 |
| 14327545 | | ECMC, PO BOX 16408, ST. PAUL, MN 55116-0408 |
| 14299722 | + | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14299723 | | Freedom Credit Union, POB 30177, Tampa, FL 33630-3177 |
| 14317366 | + | Philadelphia Gas Works, 800 W Montgomery Ave, Philadelphia Pa 19122-2898, Attn: Bankruptcy Dept 3F |
| 14314675 | + | Santander Consumer USA, 8585 N. Stemmons Fwy, Suite 1000, Dallas, TX 75247-3800 |
| 14338112 | + | Santander Consumer USA Inc., P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 14299727 | + | TD Bank, c/o Weistein & Riley, PS, 2001 Western Ave., Seattle, WA 98121-2163 |
| 14313688 | + | U.S. BANK NATIONAL ASSOCIATION, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14339282 | + | U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14299728 | | Wells Fargo Auto, PO Box 29704, Phoenix, AZ 85038-9704 |
| 14299729 | | Wells Fargo Bank, PO Box 19657, Irvine, CA 92623-9657 |
| 14321362 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh NC 27605-1000 |
| 14323875 | | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, c/o Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |
| 14324020 | + | Wells Fargo Bank, N.A., d/b/a Wells Fargo Auto, c/o KARINA VELTER, Manley Deas Kochalski LLC, P.O. Box 165028, Columbus, OH 43216-5028 |

TOTAL: 18

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 12 2021 04:52:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 12 2021 04:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Mar 12 2021 04:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 12 2021 04:16:43 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14299719 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2021 04:18:50 | Bureaus Investment Group Portfolio No 15, c/o PRA Receivables Management, LLC, POB 41021, Norfolk, VA 23541-1021 |
| 14396421 | | Email/Text: megan.harper@phila.gov | Mar 12 2021 04:52:00 | City of Philadelphia, Law Department - Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14299721 | | Email/Text: megan.harper@phila.gov | Mar 12 2021 04:52:00 | City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 14379970 | | Email/Text: megan.harper@phila.gov | Mar 12 2021 04:52:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14314670 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 12 2021 04:18:51 | LVNV Funding, LLC, PO Box 10497, Greenville, SC 29603-0497 |
| 14299724 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 12 2021 04:51:00 | Midland Funding, PO Box 939019, San Diego, CA 92193-9019 |
| 14325951 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 12 2021 04:51:00 | Midland Funding LLC, PO Box 2011, Warren, MI 48090-2011 |
| 14299725 | | Email/Text: blegal@phfa.org | Mar 12 2021 04:51:00 | PHFA, 211 North Front Street, PO Box 8029, Harrisburg, PA 17105 |
| 14299726 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2021 04:16:45 | Portfolio Recovery Assoc., 120 Corporate Blvd., Norfolk, VA 23502 |
| 14337351 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Mar 12 2021 04:18:50 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14338141 | | Email/Text: bnc-quantum@quantum3group.com | Mar 12 2021 04:51:00 | Quantum3 Group LLC as agent for, Galaxy International Purchasing LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14314674 | | Email/Text: bnc-quantum@quantum3group.com | Mar 12 2021 04:51:00 | Quantum3 Group, LLC, PO Box 788, Kirkland, WA 98083-0788 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14314664 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bank of America, PO Box 982235, El Paso, TX 79998 |
| 14314665 | *+ | Bureaus Investment Group Portfolio No 15, c/o PRA Receivables Management, LLC, POB 41021, Norfolk, VA 23541-1021 |
| 14314667 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, City of Philadelphia, Law Department, Enforecment Div., 1515 Arch Street, 15th Fl., Philadelphia, PA 19102-1508 |
| 14314666 | * | Capital One, N.A, c/o Becket & Lee, LLP, POB 3001, Malvern, PA 19355-0701 |
| 14327328 | * | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14314668 | *+ | ECMC, PO Box 16408, Saint Paul, MN 55116-0408 |
| 14314669 | * | Freedom Credit Union, POB 30177, Tampa, FL 33630-3177 |
| 14314671 | *+ | Midland Funding, PO Box 939019, San Diego, CA 92193-9019 |
| 14314672 | *P++ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG PA 17101-1406, address filed with court:, PHFA, 211 North Front Street, PO Box 8029, Harrisburg, PA 17105 |
| 14314673 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Assoc., 120 Corporate Blvd., Norfolk, VA 23502 |
| 14314676 | *+ | TD Bank, c/o Weistein & Riley, PS, 2001 Western Ave., Seattle, WA 98121-2163 |
| 14314677 | * | Wells Fargo Auto, PO Box 29704, Phoenix, AZ 85038-9704 |
| 14314678 | * | Wells Fargo Bank, PO Box 19657, Irvine, CA 92623-9657 |

TOTAL: 0 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 11, 2021 | Form ID: pdf900 | Total Noticed: 34 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 13, 2021                Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 11, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KEVIN G. MCDONALD | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY). lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY). bkgroup@kmllawgroup.com |
| SARAH ELISABETH BARNGROVER | on behalf of Creditor Wells Fargo Bank  N.A., d/b/a Wells Fargo Auto amps@manleydeas.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| ZACHARY PERLICK | on behalf of Debtor Emma Shaw-Camara Perlick@verizon.net pireland1@verizon.net |

TOTAL: 7

**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> EMMA SHAW-CAMARA | Chapter 13 |
| Debtor | Bankruptcy No. 19-12076-MDC |

# ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

March 11, 2021

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ZACHARY PERLICK, ESQ.
1420 WALNUT ST
SUITE 718
PHILADELPHIA, PA 19102-

Debtor:
EMMA SHAW-CAMARA

6025 WALTON AVENUE

PHILADELPHIA, PA 19143-